**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7   MARGARET WADE,                          No. C 10-01560 JCS
8              Plaintiff(s),
                                            **ORDER TO SHOW CAUSE**
9        v.
10  TRANSWORLD SYSTEMS,
11             Defendant(s).
    _____/
12
13          Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 23, 2010,
14  at 1:30 p.m., before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was
15  not present.
16          IT IS HEREBY ORDERED that Plaintiff appear on **August 13, 2010, at 1:30 p.m.,** before
17  Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San
18  Francisco, California, and then and there to show cause why this action should not be dismissed for
19  Plaintiff's failure to appear at the case management conference on July 23, 2010, for failure to
20  comply with the Court's Order dated April 12, 2010, and for failure to prosecute this action.  A case
21  management conference is also scheduled for **August 13, 2010, at 1:30 p.m.**
22          IT IS SO ORDERED.
23
24  Dated:  July 26, 2010
25                                          _____
                                            JOSEPH C. SPERO
26                                          United States Magistrate Judge
27
28