IN THE UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

MARGARET WADE, ) Case No.: 3:10-cv-01560-JCS
)
)
Plaintiff, )
) [~~PROPOSED~~] ORDER GRANTING
v. ) SUBSTITUTION OF COUNSEL FOR
) THE PLAINTIFF
TRANSWORLD SYSTEMS, INC. )
)
Defendant. )

**~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF**

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Motion of Substitution of Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

IT IS SO ORDERED.

Date: 8/10/10            By: _____
                             Joseph C. Spero
                             Hon. United States ~~District~~ Court Judge
                                           Magistrate

- 1 -